### THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BETTY J. MILLER,                    :
                                    :
      **Plaintiff**              :
                                    :     **3:13-CV-02348**
  **vs.**                          :
                                    :     **(Judge MARIANI)**
**CAROLYN W. COLVIN, ACTING**       :
**COMMISSIONER OF SOCIAL**          :
**SECURITY,**                       :
                                    :
      **Defendant**             :

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY**
**ORDERED THAT:**

    1. The Clerk of Court shall enter judgment in favor of Betty J. Miller and against the Commissioner of Social Security, as set forth in the following paragraph.

    2. The decision of the Commissioner of Social Security denying Betty J. Miller disability insurance benefits and supplemental security income benefits  is vacated and the case remanded to the Commissioner of Social Security to:

    2.1 Conduct a new administrative hearing and appropriately evaluate the medical evidence.

    3. The Clerk of Court shall close this case.

Robert D. Mariani
United States District Judge

Dated: September     , 2014